**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WENDELL PAYNE, | Case No. 2:16-cv-02593-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | (Docket No. 4) |
| CITIGROUP, INC., | |
| Defendant(s). | |

On January 10, 2017, the parties filed a stipulation to extend Defendant's time to respond to Plaintiff's complaint so that the parties could engage in settlement negotiations. Docket No. 4. On January 11, 2017, Plaintiff filed a notice of dismissal. Docket No. 5. In light of Plaintiff's notice, the parties' stipulation, Docket No. 4, is hereby **DENIED** as moot.

IT IS SO ORDERED.

Dated: January 11, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge